USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SILVIA ALEJANDRINA FLOURNOY, :
:
                Plaintiff, :
: 20-CV-6912 (JPC)
    -v- :
: ORDER
ANDREW SAUL, :
:
                Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The conference scheduled for February 11, 2021 at 10:00 a.m. is adjourned *sine die*. The deadline for the parties to submit a joint letter (Dkt. 6) is also adjourned *sine die*.

    SO ORDERED.

Dated: October 28, 2020
       New York, New York

                                        JOHN P. CRONAN
                                United States District Judge