

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

January 20, 2021

<u>BY ECF</u>

Honorable John P. Cronan
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re: <u>Silvia Flournoy v. Comm'r of Soc. Sec.</u>
        20 Civ. 6912 (JPC)

Dear Judge Cronan:

  Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on January 25, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until March 26, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

           Respectfully,

           AUDREY STRAUSS
           United States Attorney

      By:  <u>  s/ *Susan D. Baird* </u>
         SUSAN D. BAIRD
         Assistant United States Attorney
         tel. (212) 637-2713
         Susan.Baird@usdoj.gov

cc: Montel Cherry, Esq.

Defendant's request is GRANTED. Defendant shall file the administrative record by March 26, 2021.

SO ORDERED.

Date: January 21, 2021
   New York, New York

              _____
              JOHN P. CRONAN
              United States District Judge